Peter Strojnik,
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com
*pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff,<br><br>vs.<br><br>Granite Fund IV LLC dba Hotel Wailea, Realis & Chateaux<br><br>Defendant. | Case No: 1:19-cv-00135-LEK-RT<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Please take notice that Plaintiff dismisses the above cause ***with prejudice.***

RESPECTFULLY SUBMITTED this 3rd day of April, 2019.

PETER STROJNIK

_____
Plaintiff